UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 19, 2016

No. 15-3046

The Constitution Party of Pennsylvania;
The Green Party of Pennsylvania; The Libertarian
Party of Pennsylvania; Joe Murphy; James N. Clymer;
Carl J. Romanelli: Thomas R. Stevens; Ken Krawchuk

v.

*Pedro A. Cortes; Jonathan M. Marks,
Appellants

*(Pursuant to Rule 43(c) Fed. R. App.P.)

(D.N.J. No. 5-12-cv-02726)

Present:  AMBRO, SMITH and KRAUSE, Circuit Judges

1. Appellees' Emergency Motion for Temporary Restraining Order and
   Preliminary Injunction.

2. Response by Appellant in Opposition to "Appellees Emergency Motion
   for Temporary Restraining Order and Preliminary Injunction"

                                        Respectfully,
                                        Clerk/clw

_____ORDER_____
The foregoing Motion is DENIED as moot.

                                        By the Court,

                                        s/ D. Brooks Smith
                                        Circuit Judge

Dated: June 7, 2016
CLW/cc: ALL COUNSEL OF RECORD